IMMIGRATION COURT
26 FEDERAL PLZ 12TH FL.,RM1237
NEW YORK, NY 10278

In the Matter of

DIAWARA, MOUSSA
Respondent

Case No.: A087-460-941

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on 7/17/12.
This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[ √ ] The respondent was ordered removed from the United States to Mali or in the alternative to .

[ ] Respondent's application for voluntary departure was denied and respondent was ordered removed to or in the alternative to .

[ ] Respondent's application for voluntary departure was granted until upon posting a bond in the amount of $ __________ with an alternate order of removal to .

Respondent's application for:

[ √ ] Asylum was ( )granted ( )denied( √ )withdrawn.

[ √ ] Withholding of removal was ( √ )granted ( )denied ( )withdrawn.

[ ] A Waiver under Section _____ was ( )granted ( )denied ( )withdrawn.

[ ] Cancellation of removal under section 240A(a) was ( )granted ( )denied ( )withdrawn.

Respondent's application for:

[ ] Cancellation under section 240A(b)(1) was ( ) granted ( ) denied ( ) withdrawn. If granted, it is ordered that the respondent be issued all appropriate documents necessary to give effect to this order.

[ ] Cancellation under section 240A(b) (2) was ( )granted ( )denied ( )withdrawn. If granted it is ordered that the respondent be issued all appropriated documents necessary to give effect to this order.

[ ] Adjustment of Status under Section ____ was ( )granted ( )denied ( )withdrawn. If granted it is ordered that the respondent be issued all appropriated documents necessary to give effect to this order.

[ ] Respondent's application of ( ) withholding of removal ( ) deferral of removal under Article III of the Convention Against Torture was ( ) granted ( ) denied ( ) withdrawn.

[ ] Respondent's status was rescinded under section 246.

[ ] Respondent is admitted to the United States as a _____ until _____.

[ ] As a condition of admission, respondent is to post a $ ________ bond.

[ ] Respondent knowingly filed a frivolous asylum application after proper notice.

[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.

[ ] Proceedings were terminated.

[ ] Other: ______________________________

Date:

Robert D. Weisel

**ROBERT D. WEISEL**
**Immigration Judge**

Appeal: Waived/**Reserved** **Appeal Due By:**

ALIEN NUMBER: 087-460-941

ALIEN NAME: DIAWARA, MOUSSA

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [ ] DHS
DATE: ____________ BY: COURT STAFF ____________
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

Q6



UNITED STATES OF AMERICA

EMPLOYMENT AUTHORIZATION

Surname

WARA

Given Name

SSA

USCIS# 087-460-941

Category A10

Card# MSC2490383173

Terms and Conditions

None

Date of Birth 12 JAN 1969

Sex M

Country of Birth

Mali

Valid From: 08/26/24

Card Expires: 08/25/29

NOT VALID FOR REENTRY TO U.S.



FORM I-766
Rev (12-2021)

48791706

This card is not evidence of U.S. citizenship or permanent residence.
This document is void if altered, and may be revoked by the U.S. Government.
The person identified is authorized to work in the U.S. for the validity of this card.

132L

If found, drop in any US Mailbox. USPS: Mail to 7 Product Way, Lees Summit, MO 64002

IAUSA0874609413MSC2490383173<<
6901121M2908258MLI<<<<<<<<<<<0
DIAWARA<<MOUSSA<<<<<<<<<<<<<<<


LIMITED TERM
Texas USA
DRIVER LICENSE
DRIVER LICENSE
4d. DL:
9. Class: C
4b. Exp: 08/25/2029
3. DOB: 01/12/1969
4a. Iss: 06/24/2024
1. DIAWARA
2. MOUSSA
8. 9384 PAPPAS DR
BROOKSHIRE, TX 77423
12. Rest: A
9a. End: NONE
16. Hgt: 6'-02"
15. Sex: M
18. Eyes: BLK
5. DD: 08223410165244227929
01/12/1969