United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Moussa DIAWARA | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:26−cv−06103 |
| | § | |
| WARDEN PRAIRIELAND DETENTION CENTER, et al. | § | |
| | § | |

# Clerk's Notice of Redaction Responsibilities and Privacy Protection

Cases may have information that must be restricted from public disclosure. Filers have an obligation to redact this information from documents being filed with the Court. See E-Government Act of 2002, Fed. R. Civ. P. 5.2(a) or Fed. R. Crim. P. 49.1(a).

In an electronic or paper filing with the court, only certain portions of the data identified may be visible:

- Last four digits of a social security number or taxpayer identification number;
- Year of a person's birth;
- Initials of a minor's name;
- Last four digits of an account number; and
- City and state of a home address in criminal cases.

Redaction is your responsibility. The court or clerk will not review your documents for compliance.

A person making a redacted filing may also file an unredacted copy under seal. The court will retain the unredacted copy as part of the record.

**Limitations on remote Access to Electronic Files; Social Security Appeals and Immigration Cases.**

Unless the court orders otherwise, in an action for benefits under the Social Security Act, and in an action or proceeding relating to an order of removal, to relief from removal, or to immigration benefits or detention, access to an electronic file is authorized as follows:

- The parties and their attorneys may have remote electronic access to any part of the case file, including the administrative record;
- Any other person may have electronic access to the full record at the courthouse, but may have remote electronic access only to:
  - The docket maintained by the court; and
  - An opinion, order, judgment, or other disposition of the court, but not any other part of the case file or the administrative record.

Date: July 29, 2026 Nathan Ochsner, Clerk