# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MOUSSA DIAWARA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-2587-S-BN |
| | § | |
| WARDEN OF PRAIRIELAND DETENTION CENTER, et al. | § | |
| | § | |

## ORDER

Petitioner Moussa Diawara filed his Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") [ECF No. 2] on July 29, 2026. In the Motion, Petitioner indicates that the Government "is preparing to effectuate his removal imminently." Mot. 2. On August 7, 2026, the transfer of this case from the Southern District of Texas was processed.

The Court **ORDERS** Petitioner to serve Respondents with notice of the Motion and this Order and file proof of service with the Court by the close of business today, **August 10, 2026**. The Court **ORDERS** Respondents to confirm Petitioner's status and respond to the Motion by no later than **12:00 p.m. Central Time** on **August 12, 2026**.

**SO ORDERED.**

SIGNED August 10, 2026.

Karen Gren Scholer

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**